UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    ZIERRA T MILLS

                Debtor

Chapter 13

Bankruptcy No. 26-12242-DJB

## TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.     Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.     The within case was commenced by the filing of a Chapter 13 petition on 05/22/2026.

3.     This Motion to Dismiss has been filed for the following reason(s):

- Noncompliance with the requirement to submit mandatory documents prior to the 341 hearing date.

- Debtor(s) has/have failed to provide, not later than 7 days before the date first set for the first meeting of creditors, a copy of the Federal income tax return required by 11 U.S.C. Section 521(e)(2).

- Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee,  requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 08/14/2026

                                  Respectfully submitted,

                                  */s/ Kenneth E. West, Esq.*
                                  Kenneth E. West, Esq.
                                  Standing Chapter 13 Trusteee
                                  190 N. Independence Mall West
                                  Suite 701
                                  Philadelphia, PA  19106
                                  Telephone: (215) 627-1377